**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

METROPOLITAN LIFE INSURANCE COMPANY,

        Plaintiff,        CIVIL ACTION NO: 15-CV-13466-DT

v.

SHELLEY A. KINGMAN, ET AL.,

        Defendants.
_____ /

## ORDER

The court has been informed that this case has been settled to the satisfaction of all parties. Counsel has been unable, after three attempts, to submit a proposed closing order in proper form consistent with the court's directions. Accordingly, the court hereby gives notice that the attached order of dismissal will be entered on Friday November 25, 2016, unless a party or party representative files a notice of objection, in which case a hearing will be conducted on the record to resolve any objection.

        S/Robert H. Cleland
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated: November 15, 2016

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, November 15, 2016, by electronic and/or ordinary mail.
.

          s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522