UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

METROPOLITAN LIFE INSURANCE
COMPANY,

        Plaintiff,        CIVIL ACTION NO: 15-13466

v.

SHELLEY A KINGMAN, ET AL.,

        Defendants
_____ /

**ORDER OF DISMISSAL AND DISBURSEMENT OF FUNDS**

The Court having been advised by counsel that the above-entitled action has been settled to their mutual satisfaction. Pursuant to Local Rule 67.1, the Clerk of the Court shall disburse the $16,170.50 plus the accrued interest to Shelley Kingman in the amount of $10,780.34 plus 100% of the accrued interest and to Larry R. Kipke in the amount of $5390.16 plus 0% of the accrued interest.[1]

Accordingly, **IT IS ORDERED** that the above-entitled action be, and the same hereby is, **DISMISSED WITH PREJUDICE.**

           s/Robert H. Cleland
           ROBERT H. CLELAND
           UNITED STATES DISTRICT JUDGE

Dated: December 5, 2016

---

[1] The version of the stipulated order submitted by counsel is attached with the required signatures of all parties.

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 5, 2016, by electronic and/or ordinary mail.

 s/Lisa Wagner

Case Manager and Deputy Clerk

(313) 234-5522